## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Orlen Joel Zelaya Romero**

      v.                                    Case No. 26-cv-568-PB-AJ

**Christopher Brackett, Superintendent
Strafford County Department of
Corrections, et al.**

## ORDER

After the government notified the Court that Orlen Joel Zelaya Romero received the bond hearing he sought on July 21, 2026, see Doc. 9, I ordered Zelaya Romero to show cause within seven days why his petition should not be dismissed. Doc. 10. Zelaya Romero has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

August 11, 2026

cc:    Counsel of Record